**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**
**OF ABATMENT**

Style:            *In re Moody National Kirby Houston S, LLC*

Case number:        01-11-00769-CV

Pursuant to Texas Rule of Appellate Procedure 7.2(b), the Court "abate[s] the proceeding to allow the successor to reconsider the original party's decision." Tex. R. App. P. 7.2(b). The petition for writ of mandamus is abated.

(1) The case is remanded to the trial court.

(2) Within 15 days of this order, relator is directed to obtain a hearing date, *if necessary*, from the trial court coordinator and to notify all parties of such date. The hearing shall be set for a date no later than 30 days after the date of this order. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set.

(3) Within 30 days of the date of this order, the trial court is directed to file a supplemental clerk's record or reporter's record documenting the successor's ruling.

Judge's signature:  /s/ Jim Sharp
                  Acting individually

Date:  March 4, 2013